IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SCOTT M. LEMON, | § | |
| | § | No. 120, 2022 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 2106007721 (S) |
| Appellee. | § | |
| | § | |

Submitted: July 6, 2022
Decided:   July 19, 2022

## **ORDER**

On June 17, 2022, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant, Scott Lemon, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Lemon received the notice on June 22, 2022. A timely response to the notice to show cause was due on or before July 5, 2022. To date, Lemon has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice